UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LEMONS, | CASE NO. C10-1104 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| VERITY CREDIT UNION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiff has filed a Request for Extension to File Discovery Plan and Join Status Report (Dkt. No. 10) in which he requested the Court to "[h]old all orders… until further notice or until I find an apartment in San Francisco CA 94107." The Court will not grant Plaintiff an open-ended or indefinite continuance.

However, an extension of time to file the joint status report is granted. The report will be due on **November 30, 2010**. All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

MINUTE ORDER- 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed this 14th day of October, 2010.

3

4            William M. McCool
             Clerk of Court

5            /s/ Mary Duett
             Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24