# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOHN LEMONS,<br><br>                Plaintiff,<br><br>    v.<br><br>VERITY CREDIT UNION,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-1104 |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The above-entitled matter is dismissed without prejudice on the grounds that there appears to be no basis for federal jurisdiction.

Dated: October 26, 2010.

                                                      William M. McCool<br>
                                                    Clerk of Court

                                                     s/Mary Duett<br>
                                                     Deputy Clerk